942

No. 686, Misc. MUSSER v. MYERS, ACTING WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 688, Misc. CUOMO v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 690, Misc. KRUPNICK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 707, Misc. KEAGLE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. 

No. 11, Misc. REICHELDERFER v. DAY, WARDEN. Superior Court of Pennsylvania. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. 

No. 579, Misc. RECK v. ILLINOIS. Petition for writ of certiorari to the Supreme Court of Illinois denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court. *Edmund Hatfield* for petitioner. *Latham Castle*, Attorney General of Illinois, *John L. Davidson, Jr.*, First Assistant Attorney General, and *Fred G. Leach* and *Edwin A. Strugala*, Assistant Attorneys General, for respondent. 

No. 613, Misc. UNITED STATES EX REL. CLARK v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.